# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENYEN GUIDER,** | : | |
|     **Plaintiff** | : | **No. 1:14-cv-00331** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **SCOTT EVANS, et al.,** | : | **(Chief Magistrate Judge Carlson)** |
|     **Defendants** | : | |

## ORDER

**AND NOW** on this 2ⁿᵈ day of June 2014, **IT IS HEREBY ORDERED THAT**:

1. Chief Magistrate Judge Carlson's Report and Recommendation (Doc. No. 8) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 10) are **OVERRULED**;

3. Plaintiff's amended complaint (Doc. No. 7) is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to close the case.

                                                                                           s/ Yvette Kane
                                                                                           Yvette Kane, District Judge
                                                                                           United States District Court
                                                                                           Middle District of Pennsylvania